FILED

JUN - 2 2004

UNITED STATES DISTRICT COURT
GREENVILLE DISTRICT OF SOUTH CAROLINA

LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

8 : 0 4-1 7 3 8-2 0 A K

)
)
Jelani Diliza Abdullah Khalfani Bey©1982            )          Civil Action No._____
GREGORY DWAYNE MACK©1982                            )
                                                   )
                                                   )    **COMPLAINT:**
                            Plaintiff,             )    **VIOLATION OF MY INALIEN-**
                                                   )    **ABLE, CONSTITUTIONAL**
v.                                                 )    **RIGHT TO TRAVEL AND DE-**
                                                   )    **FAMATION OF CHARACTER**
GREENWOOD CITY POLICE DEPARTMENT                   )
CHIEF, GERALD BROOKS                               )
ASST. CHIEF, MICHEAL BUTLER                        )
CAPTAIN, DAVID PRICE                               )
JUDGE, TED B. WYNDHAM                              )
                                                   )
                            Defendants.            )

---

Comes now Jelani Diliza Abdullah Khalfani Bey©1982

Non-military, Non-corporate entity, explicitly distinguished from

JELANI DILIZA ABDULLAH KHALFANI BEY, or GREGORY

DWAYNE MACK©, both being fictitious Corporate and /or Military entities

Jus postliminii, all rights restored and reserved.

Jus soli, Jus sanguinis,

Jure Divino,

Jure Gentium

Private natural Divine Being, a Natural Person,

In propria Persona, Sui Juris (not pro se).

Lawful De Jure Aboriginal Free Moor.

Sometimes misnomer: Indian, Black Person,

Colored person, Negro, African American, minority etc.

Part and parcel of the U.S.A. (sic)

Not a resident of any Corporate entity.

Not a citizen of any Corporate entity.

North Gate Al Morocs/Amexem/North West Africa: U.S.A. (sic)

1.     On December 10, 2002. I attempted to obtain a operators license to work for South Side Cab company. I took the opportunity to make Assistant Chief of Police Micheal Butler aware of the existence of the aboriginal and indigenous Moors (the ancient Moabites that have existed in this country for over 20,000 years) in his city. Being the chief representative in the South Carolina State Republic of the Great Seal National Association of Moorish Affairs, I took it upon myself to make him aware of our presents by giving him a copy of our "Writ for a freeman's right to travel documents explaining the laws and history of our people followed by case law validating our right to travel instead of a privilege to drive. I also presented to him my six page affidavit of our Birthright and Nationality, sovereignty papers filed in Charlotte N.C. Mecklenburg County instrument #2003012051 book 14706 pages 356-363. I got no confirmation any future meeting to let him know more about us and our intensions.

2.     On December 23, 2003. During a traffic stop, involving my daughters boyfriend I spoke with Captain David Price. He acknowleged the fact that he seen the judical writ by saying that their was a paper going around about some type of citizens in Greenwood but dismissed it with little concern.

3.     On January 20, 2004 During the hearing for the summons concerning the boyfriend. I was asked outside by a Lt. Briggs who told me that when they were processing my request for an operators license they found out that a GREGORY MACK had a suspended license. I processed my application in the name Jelani Bey and furthermore they never took my application to be processed. I explained to him that the person (straw man) he was referring to wasn't me and that that persons name has been copy written so please use caution in using that name.

4.      Shortly after, my wife was accosted by a city police officer in front of her apartment while getting in her car asking, "where is the guy who drives this car? Tell him we need to talk to him." Three days later I had some business to attend to concerning my son. Captain David Price had to come and verify an incident concerning my son. As my wife and I was leaving he called me to his car and asked me if I had a drivers license. I told him no I don't. He then told me that in the State of South Carolina you must have a drivers license to drive a motor vehicle (never once asked to see any identification). I then explained to him that I am not a member of the state of South Carolina and I am not a corporate citizen but a natural being of the Continental united States under the juridiction of common law and not under the jurisdiction of the statues, ordinances and codes of the state. He admitted that he didn't know anything about that and that to do him a favor and see Judge Ted B. Wyndham.

5.      After I spoke to Capt. Price, I spoke to Chief Gerald Brooks. He told me that the only thing he has to go by is the statues in spite of the fact that I also explained my status to him. I then went to Judge Wyndham's office to do the favor Capt. Price asked me to do. He asked what was my question and to hurry he had somewhere to go. I told him what Capt. Price asked me to do, his first reply was it sound like you are trying to prevent something before it happens. My reply was "yes sir", Capt. Price says I need a drivers license but I told him that I have a right to travel, I am a free and soverign aboriginal, indigenous Moabite (Moor) by birthright and inheritance up under the Constitutions common law. His reply was, "I heard of common law marrage but I never heard of a common law citizen. When you get a ticket then come see me". He then left.

6.      On March 24, 2004. I was traveling north on south main street and made a left at the light onto creswell avenue to pull into the conveinience store. Capt. David Price was at the light headed east bound, saw me make the turn passed him and followed me into the store parking lot. At first he wouldn't let me park, then he did. When he approached the automobile I was getting out the car. His words were,

"didn't I tell you I don't want to see you driving anymore! Let me see some identification). I pulled out my International Right to Road Travel indentification card and let him see it. Just then a response came back on the license plate. It was registered to Elisha Mack, he then said. "That's right your GREGORY MACK! I told him no I am not! We went back and forth about it, I then presented to him my common law copyright notice and my judicial writ to travel affidavitt. He threw both of them to the side and ignored them. He then assumed that my abode was in the Phoenix Place apartments. I explained that although I'm there often that was not my domicile. He said, "so if I go to the rental office and your name is not on the rental lease I will talk to the lady in there about putting you on trespass if you don't give me your address!" I replied. "Are you threatening me?" "That's duress and coercion!" Since you had to threaten me my domicile is in the area of 124 Pine Ridge Drive in Hodges S.C. His back up officer picked up the copyright notice and read it while I attempted to once again explain my status I also told him that I travel extensively on the roadways and I've been stopped by the South Carolina State Troopers and They have honored my right to travel every time. She asked me was I a lawyer. My reply was no but I study law. Capt. Price came out of his squad car with a summons with Jelani D. A. Khalfani Bey and

GREGORY DWAYNE MACK instead of writing the information on the summons that was provided by my International road Travel identification, he put the information that he obtain from the police station not what was provided on my I.D. and only gave me six days instead of the usual 10 days To appear in court.

7.      On March 28, 2004 I hand delivered a demand for proof of jurisdiction to Judge Wyndham in his office. I had to because the certified demand I sent wouldn't reach there in time. It consisted of the demand of proof of jurisdiction and 36 pages of case law supporting my right to travel. When he saw that he said, "I'm not going to read all of that, give that to me in court!" I told him why I made the hand delivery. he told me I should have been given at least 10 days so he extended the court date till Thursday the 8th of April. I was tried in my absences on Tuesday the 7th of April.

8.     On April 08, 2004, I intended to go to the court after I came from the post office to pick up a fax. When I asked for my fax, the owner Cindy M. Fuller says, "NO! I havn't seen any fax for a GREGORY MACK!" I looked at her and asked again for my fax. She once again said "I told you! I haven't seen a fax for a GREGORY DWAYNE MACK"! Her assistant reply, "NO, its right here under B for Bey." I told her that I told you that name no longer exists (for the last two years 99 percent of my mail comes there under Jelani D. A. Khalfani Bey). I then noticed Detective Atkins at the counter started talking on his radio, I checked my general delivery mail box and he followed me outside. I tried to explain to him that I was on my way down to the court house from here. He told me he was just doing his job and that he was shocked because they had never had any problems out of me. As a matter of fact applauded me on my efforts to be such a good roll model in the community. He then call a city policeman a Chris Haden to issue me the bench warrant. We had got there the warrant said, GREGORY **DEWAYNE** (instead of DWAYNE ) MACK. I told them that that wasn't me. They still took me down to the station under the premise that I was to see the judge that evening. I was booked and processed the hold time telling the officers that I my private property is copyritten and they do not have permission to use my property, even during the twelve days I was kiddknapped in the county jail.

9.     On the 26th of May I will be 40 years old and have given counsel to hundreds of kids in the Greenwood area primarily utilizing the fact that I lived in the so called ghetto and I have never been convicted of any felony or served any type of sentence. That now is not true. Since everyone knows I have been incarcerated, my character and reputation has been deformated. My Constitutional right to travel has been converted to a crime and although I have cited that fact, it was totally disregarded. I have lost my job as Manager of a night club and so has my wife. Both of our incomes and homes have been directly affected by this violation of my constitutional rights. My private property is copy written and has been use repeatedly without my permission. I have been threatened with incarceration again if I am

traveling in the city of Greenwood. There is no public transportation here to get back and forth to a job. Therefore, I can not for fill the obligation I have to my family and my people.

10.     The reason I am bringing suit to this court is that I am a free and sovereign Sundry Great Seal Moor. Aboriginal and Indigenous (Indian) to this country by birthright and inheritance. A member of the Dejure government of the Continental united States of America. Part and Parcel to this government. The only court that I have equal protection in is an article 3 or a article 6 court room. An article 1 admiralty maritime court room can not discuss constitution, only matters of commerce concerning local legislation and municipalities. In Greenwood county we have the Hamish and the Mennonites therefore, we Moabites wish to live in peace and without harassment like the other communities in the county. I have attempted to utilize proper protocol to make the officials know of our existence. I respectfully request that you hear this case in your court. . After receiving a copy of the deposition of the case that was tried in my absents. There were false allegations, slanderous remarks, false associations and blatant lies. My reputation has been deformatted, my job lost, my constitutional rights violated, my ability to move about freely has been restricted and I and my family's relationship has been unnecessarily stressed. My private property has been taken from me in the form of candid pictures, finger prints, mug shots and unnecessary inquiries into my past. I was unlawfully detained for a total of twelve days. Denied proper due process of the law. Therefore, I want monetary compensation in the sum amount of 1,000,000.00 from each member of the Greenwood City Police Department whom I have mentions in this complaint. Also, complete compensation for the unauthorized use of my common law copy written trademark/trade name and my free national name. Lastly, a letter recognizing the Moorish Nationals (Moabites) in the City of Greenwood, County and South Carolina, full rights and immunity to travel safely in this state. With the Identification issued to us by our national head quarters.

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND*

*CORRECT.*

**Signed this** _____ **day of** _____, 200__

**Jelani Diliza Abdullah Khalfani Bey©1982**
**C/o 720 Montague Avenue #231**
**Greenwood Province**
**South Carolina state Republic [29649]**
**Home: (864) 910-6320**
**Alternate #: (864) 223- 0589**